# DECISIONS PER CURIAM.

JANUARY 1 TO DECEMBER 31, 1919.

No. 1366. People, Appellant, v. Pérez, Appellee.—
No. 1367. People, Appellant, v. Ríos, Appellee.—
Violations of section 2 of the Organic Act. San Juan, Section 2. January 13, 1919. *Appeals withdrawn.*

No. ——. Olivo, Appellee, v. Muriel et al., Appellants.—Injunction. San Juan, Section 1. January 16, 1919. *Dismissed.*

No. 1352. People, Appellee, v. Rodríguez et al., Appellants.—Aggravated assault and battery. San Juan, Section 2. January 20, 1919.

No. 1350. People, Appellee, v. Andrade, Appellant.—Adulteration of milk. January 20, 1919.

No. 1351. People, Appellee, v. Echeandía, Appellant.—Violation of section 288 of the Penal Code. San Juan, Section 2. January 20, 1919.

No. 1331. People, Appellee, v. Torres, Appellant.—Embezzlement. Humacao. January 20, 1919. *Affirmed.*

No. 1778. Rivera, Appellant, v. Martínez, Appellee.—Libel and damages. (Reconsideration.) Aguadilla. January 20, 1919. *Denied.*

No. 1354. People, Appellee, v. Ramos, Appellant.—Aggravated assault and battery. Humacao. January 21, 1919. *Affirmed.*